**Wingate WHITE, Warden, Louisiana State Penitentiary, Angola, Louisiana, Appellant,**

v.

**Albert George PROGUE et al., Appellees.**

**No. 25534.**

United States Court of Appeals
Fifth Circuit.

May 16, 1968.

Teddy W. Airhart, Jr., Asst. Atty. Gen., Baton Rouge, La., John A. Richardson, Dist. Atty., Shreveport, La., Jack P. F. Gremillion, Atty. Gen., State of Louisiana, Charles Lindsay, Asst. Dist. Atty., George A. Bourgeois, Asst. Atty. Gen., for appellant.

Dan A. Spencer, Shreveport, La., for appellee.

Before TUTTLE and SIMPSON, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM:

The State of Louisiana appeals from a judgment of the United States District Court for the Western District of Louisiana vacating a judgment of conviction of the three appellants by the state courts of Louisiana because of the failure of the state trial court to suppress statements elicited from appellants while in custody.

In this pre-Miranda case, we conclude that the trial court properly applied the principles enunciated by the Supreme Court in Davis v. State of North Carolina, 384 U.S. 737, 86 S.Ct. 1761; Fikes v. State of Alabama, 352 U.S. 191, 77 S.Ct. 281, 1 L.Ed.2d 246, 16 L.Ed.2d 895; and Clewis v. State of Texas, 386 U.S. 707, 87 S.Ct. 1338, 18 L.Ed.2d 423, in determining the voluntariness of the confessions here in question. We agree with, and approve of, the opinion and judgment of the trial court as published

at 271 F.Supp. (W.D.La.) 176, sub. nom. Progue v. Middlebrook, and we affirm the judgment based on that opinion.

**YUEN KAM CHUEN and Ng Sui Sang, Plaintiffs-Appellants,**

v.

**P. A. ESPERDY, as District Director of the Immigration and Naturalization Service for the District of New York, Defendant-Appellee.**

**No. 499, Docket 32129.**

United States Court of Appeals
Second Circuit.

Argued May 8, 1968.

Decided May 8, 1968.

Jules E. Coven, New York City (Lebenkoff & Coven, New York City, on the brief), for plaintiffs-appellants.

Daniel Riesel, Sp. Asst. U. S. Atty. (Robert M. Morgenthau, U. S. Atty., and Francis J. Lyons, Special Asst. U. S. Atty., on the brief), for defendant-appellee.

Before LUMBARD, Chief Judge, and SMITH and ANDERSON, Circuit Judges.

PER CURIAM:

We affirm in open court, essentially for the reasons given in Judge Metzner's opinion reported at 279 F.Supp. 151 (S.D.N.Y.1968), the judgment of the District Court for the Southern District of New York which dismissed the aliens' complaint seeking a declaratory judgment that the method of deportation chosen by the Attorney General is unlawful.